IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE E. BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-406-WKW |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 30, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 23) is ADOPTED. Accordingly, it is ORDERED as follows:

1. The motion to dismiss (Doc. # 15) filed by Defendant United States Postal Service is GRANTED.

2. Plaintiff Jacqueline E. Banks's claims against Defendant United States Postal Service are DISMISSED without prejudice for lack of jurisdiction. The Clerk of the Court is DIRECTED to amend the docket sheet to reflect that

Defendant United States Postal Service has been terminated as a Defendant in this case.

Further, it is ORDERED that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 30th day of November, 2017.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE