IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE E. BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-CV-406-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For good cause shown, it is ORDERED that Defendant United States's motion to withdraw its summary judgment motion (Doc. # 29) is GRANTED and that Defendant's motion for summary judgment (Doc. # 27) is DENIED as moot.

Further, it is ORDERED that this action is referred back to the United States Magistrate Judge for further proceedings.

DONE this 12th day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE